# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Holden Scott Swanson, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner | ) | 5:21-cv-00066-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| North Carolina State, | ) | |
| | ) | |
| Respondent | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 11, 2024 Order.

January 11, 2024

Katherine Hord Simon, Clerk
United States District Court